**Opinion filed November 16, 2012**



In The

# Eleventh Court of Appeals

_____

No. 11-12-00205-CV

_____

**DUSTIN WILLIAMS, Appellant**

**V.**

**WELLS FARGO BANK, N.A., AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2007-OPT1, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT1, Appellee**

**On Appeal from the County Court at Law No. 4**
**Williamson County, Texas**
**Trial Court Cause No. 12-0624-CC4**

**M E M O R A N D U M   O P I N I O N**

Dustin Williams is the appellant in this appeal. He has filed an unopposed motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, appellant states that the parties have "settled this matter" and that he "does not wish to pursue his appeal." Therefore, in accordance with appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

November 16, 2012                              PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Hill.[1]

---

[1]John G. Hill, Former Chief Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.